

**The following constitutes the order of the court.
Signed July 28, 2016**

_____
William J. Lafferty, III
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| In re<br><br>Britesol, LLC,<br><br>                    Debtor.<br>_____ | Case No. 16-41583<br>Chapter 7<br><br>**Hearing**<br>Date: August 3, 2016<br>Time: 9:30 a.m.<br>Place:  Courtroom 220<br>           1300 Clay Street<br>           Oakland, CA 94612 |

**MEMORANDUM REGARDING MOTION FOR RELIEF FROM STAY**

On July 27, 2016, the Court held a hearing on Creditor Riverside Interests, Inc.'s (the "Movant") *Motion for Relief From Automatic Stay or in the Alternative for Adequate Protection* (doc. 6) (the "Motion").  At the conclusion of the hearing, the Court granted the Motion, but only as to Movant's request that they be allowed to re-enter the subject property.  Having expressed concern regarding the fact that the Chapter 7 Trustee, Ms. Lois Brady, did not appear or otherwise oppose Movant's request to setoff any post-petition damages against the $44,000 security deposit being held by Movant, the Court continued the matter for seven days until **August 3, 2016.**  Unless the Chapter 7 Trustee files an opposition to Movant's setoff request, the Court is inclined to grant this portion of the Motion as well.

**\*END OF MEMORANDUM\***

1

## COURT SERVICE LIST

All ECF participants.